UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Case No. 1:24-cr-44-CLC-MJD-4 |
| | ) |
| | ) |
| ANTRANIECE BOYKIN | ) |

## REPORT AND RECOMMENDATION

On June 23, 2025, this Court conducted a plea hearing pursuant to 28 U.S.C. § 636(b). At the hearing, Defendant moved to withdraw her not guilty plea to Count 15 of the 15-count Superseding Indictment and entered a plea of guilty to Count 15 of the Superseding Indictment. There is no plea agreement in this case. On the basis of the record made at the hearing, this Court finds: (1) Defendant is fully capable and competent to enter an informed plea; (2) Defendant made the plea knowingly and with full understanding of each of the rights she waived; (3) Defendant made the plea voluntarily and free from any force, threats, or promises; (4) Defendant understands the nature of the charge and penalties provided by law; and (5) the plea has a sufficient basis in fact.

Therefore, this Court **RECOMMENDS** Defendant's motion to withdraw her not guilty plea to Count 15 of the 15-count Superseding Indictment be granted, her plea of guilty to Count 15 of the Superseding Indictment be accepted, and the District Judge adjudicate Defendant guilty of the charges set forth in Count 15 of the Superseding Indictment. This Court further **RECOMMENDS** Defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the District Judge.

ENTER.

                                                         s/ _____

                                                 MIKE DUMITRU
                                                 UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

      You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. <u>See</u> 28 U.S.C. §636(b).