UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:24-cr-44-4 |
| v. | ) | |
| | ) | Judge Collier |
| ANTRANIECE BOYKIN | ) | Magistrate Judge Dumitru |

### **O R D E R**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count Fifteen of the fifteen-count Superseding Indictment; (2) accept Defendant's guilty plea as to Count Fifteen of the Superseding Indictment; (3) adjudicate the Defendant guilty of Count Fifteen of the Superseding Indictment; and (4) order that Defendant remain in custody until sentencing in this matter (Doc. 93). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 93) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count Fifteen of the Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Fifteen of the Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Fifteen of the Superseding Indictment; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 22, 2025, at 2:00 p.m. [EASTERN]** before the undersigned.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**